**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TUNG THIEN NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-01251 KES SAB (HC)<br><br>A-No. 025-404-272<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 2 |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The assigned magistrate judge issued findings and recommendations, recommending dismissal of the pending petition as duplicative of *Tung T.N. v. Christopher Chestnut, et al.*, Case No. 1:26-cv-01240-TLN-JDP.  Doc. 2 at 1-2.  On February 18, 2026, the findings and recommendations were served on the parties and contained notice that any objections were to be filed within 30 days.  *Id.* at 3.  No objections were filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

1

The Court ORDERS:

1. The findings and recommendations issued on February 18, 2026 (Doc. 2) are ADOPTED in full.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as duplicative.

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    June 2, 2026

_____
UNITED STATES DISTRICT JUDGE

2